**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 26-10327

Non-Argument Calendar

_____

MICHAEL HASPEL,

*Plaintiff-Appellant,*

*versus*

CENTURION OF FLORIDA, LLC,

PAMELA JANSEN,

  Nurse Practitioner,

NIKI HESSER,

RN,

MORGAN FISHER,

LPN,

K. MACHUCA,

RN, et al.,

*Defendants-Appellees,*

JANE DOE,

  Nurse,

2                          Opinion of the Court                    26-10327

*Defendant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:23-cv-00083-MCR-MJF

_____

Before LAGOA, ABUDU, and KIDD, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction.

Michael Haspel, a state prisoner proceeding pro se, appeals from the district court's order granting in part and denying in part the defendants' motion to dismiss.

The district court's order is not final because Haspel's claims against three of the defendants remain pending. *See CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) (explaining that a final judgment leaves nothing for the district court to do but execute the judgment); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (explaining that an order disposing of fewer than all claims is not final). The district court did not certify the order for immediate appeal, and it is not otherwise immediately appealable. *See Sargeant*, 689 F.3d at 1246 (explaining that an order disposing of fewer than all claims may only be appealable if the district court certifies the order under Federal Rule of Civil Procedure 54(b)); *Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014) (explaining that an order must

26-10327              Opinion of the Court                    3

resolve a collateral issue completely separate from the merits and be effectively unreviewable on appeal from a final judgment to be appealable under the collateral order doctrine).